# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re: JEFFREY R. SEELE | § | Case No. 12-81818 |
| JENNIFER A. SEELE | § | |
| | § | |
| Debtors | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/07/2012.

2) The plan was confirmed on 09/20/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 02/22/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/26/2013.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,384.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 5,802.03 | |
| Less amount refunded to debtor | $ 161.53 | |
| **NET RECEIPTS** | | $ 5,640.50 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 305.98 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 305.98 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY PHILIP H HART | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 4,000.00 | 7,450.00 | 7,450.00 | 2,645.41 | 365.35 |
| CAPITAL ONE AUTO FINANCE | Uns | 5,000.00 | 2,096.73 | 2,096.73 | 0.00 | 0.00 |
| NICA'S AUTO SALES | Sec | 0.00 | 1,484.62 | 1,484.62 | 242.01 | 76.50 |
| NICA'S AUTO SALES | Uns | 166.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,350.00 | 2,899.48 | 2,899.48 | 2,005.25 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 301.40 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 1,038.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 686.77 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 412.00 | 412.24 | 412.24 | 0.00 | 0.00 |
| BEST BUY / HSBC | Uns | 1,785.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,296.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 10,772.76 | NA | NA | 0.00 | 0.00 |
| CERTEGY CHECK SERVICES INC | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Uns | 178.29 | 307.28 | 307.28 | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 6,895.04 | 4,977.80 | 4,977.80 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COLLECHTECH SYSTEMS INC | Uns | 179.23 | NA | NA | 0.00 | 0.00 |
| COMCAST - CHICAGO | Uns | 1,545.41 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Uns | 596.85 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 1,072.22 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 180.94 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 233.95 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 854.00 | 127.40 | 127.40 | 0.00 | 0.00 |
| DIRECT TV | Uns | 917.95 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 105.98 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 424.00 | 1,020.76 | 1,020.76 | 0.00 | 0.00 |
| ER SOLUTIONS INC | Uns | 358.03 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CORPORATION OF | Uns | 43.20 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE ADVANTAGE LLC | Uns | 1,924.00 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLES | Uns | 917.95 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICES | Uns | 189.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 7,116.75 | 1,494.16 | 1,494.16 | 0.00 | 0.00 |
| HSBC | Uns | 236.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 1,206.10 | 15,079.70 | 15,079.70 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 386.00 | 962.10 | 962.10 | 0.00 | 0.00 |
| KEY FINANCIAL SERVICES LLC | Uns | 620.00 | NA | NA | 0.00 | 0.00 |
| LHR INC | Uns | 17,726.33 | 7,617.63 | 7,617.63 | 0.00 | 0.00 |
| MAIN STREET ACQUISITION CORP | Uns | 915.00 | NA | NA | 0.00 | 0.00 |
| MMCC | Uns | 1,371.00 | 1,317.46 | 1,317.46 | 0.00 | 0.00 |
| MERCY HEALTH PHYSICIAN | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 424.80 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,338.00 | 933.30 | 933.30 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 4,015.11 | 3,097.63 | 3,097.63 | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTION | Uns | 169.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 535.47 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 1,361.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 914.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,143.37 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,772.66 | 1,804.11 | 1,804.11 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PERDUE BRANDON FIELDER | Uns | 578.50 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Uns | 990.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT | Uns | 75.37 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 466.66 | 466.66 | 466.66 | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 6,737.60 | 1,098.00 | 1,098.00 | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 77.00 | 77.00 | 77.00 | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 3,853.35 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 517.82 | 2,975.26 | 2,975.26 | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 417.60 | NA | NA | 0.00 | 0.00 |
| ROCKFORD SURGICAL SERVICE SC | Uns | 301.40 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 210.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 357.50 | 392.00 | 392.00 | 0.00 | 0.00 |
| SECURITY FINANCE CORPORATION | Uns | 277.14 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Uns | 277.14 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN | Uns | 165.71 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 879.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND | Uns | 406.20 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 949.56 | 4,639.95 | 4,639.95 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 519.76 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 169.60 | 451.00 | 451.00 | 0.00 | 0.00 |
| T6 BROADBAND | Uns | 378.89 | NA | NA | 0.00 | 0.00 |
| THE ROCKFORD SURGICAL | Uns | 301.40 | NA | NA | 0.00 | 0.00 |
| TOTAL CARDS INC | Uns | 320.63 | NA | NA | 0.00 | 0.00 |
| TRIBUTE | Uns | 374.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 6,638.00 | 7,163.14 | 7,163.14 | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Uns | 528.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 564.00 | 604.88 | 604.88 | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 359.50 | 359.50 | 359.50 | 0.00 | 0.00 |
| FOREST HILLS VILLAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RENT A - CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 1,842.10 | 1,842.10 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Uns | 0.00 | 1,033.70 | 1,033.70 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 3,770.59 | 3,770.59 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 23,437.09 | 23,437.09 | 0.00 | 0.00 |
| PRECISION RECOVERY ANALYTICS | Uns | 0.00 | 465.47 | 465.47 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 772.05 | 772.05 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE | Uns | 0.00 | 189.74 | 189.74 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 8,934.62 | $ 2,887.42 | $ 441.85 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 8,934.62 | $ 2,887.42 | $ 441.85 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,899.48 | $ 2,005.25 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,899.48 | $ 2,005.25 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 90,986.43 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 305.98 | |
| Disbursements to Creditors | $ 5,334.52 | |
| **TOTAL DISBURSEMENTS:** | | $ 5,640.50 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  09/25/2013           By:  /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.